IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00112-MR-WCM

| | |
|---|---|
| WILLIAM ZIEGLER and VICKI ZIEGLER, ) ) ) Plaintiffs, ) v. ) ) POLARIS INDUSTRIES INC., ) ) Defendant. ) | ORDER |

This matter is before the Court on "Defendant Polaris Industries Inc.'s Unopposed Motion for Leave to File its Reply ISO Motion for Summary Judgment Under Seal" (the "Motion to Seal," Doc. 104).

By the Motion to Seal, Defendant requests leave to file its reply brief under seal. Defendant states that sealing is appropriate because the reply includes reference to confidential medical records. Along with the Motion to Seal, Defendant has filed a redacted version of its reply brief, which is available to the public. Doc. 105.

Having considered the Motion to Seal, the public's interest in access to the subject documents, and alternatives to sealing under the standards described in the Court's Order of September 18, 2023, Doc. 98, the undersigned finds that the sealing of Defendant's reply is appropriate.

1

Accordingly, the Motion to Seal is **GRANTED**, and the unredacted version of Defendant's reply brief (Doc. 106) shall remain sealed until further Order of the Court.

It is so ordered.

Signed: October 11, 2023

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge